# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                       **CASE NO. 4:17-CR-00293 BSM-45**

**MARCUS MILLSAP**                                                                            **DEFENDANT**

## ORDER

Marcus Millsap's motion to dismiss [Doc. No. 1443] is denied for the reasons set forth at the hearing and in previous orders.  *See, e.g.*, Order, Doc. No. 1439.

IT IS SO ORDERED this 23rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE