

**1SSS030B - STG File Record**

| | |
|---|---|
| Record Date*: 08/15/2014 | Time*: 12:11:28 PM |
| Type*: Self Admission | |
| STG Party ID: 3540910 | or* STG Name: White Supremacist (Historical) |
| Affiliation*: Member | Status*: Confirmed |
| Facility*: Ouachita River Correctional Unit | |
| Reported by Staff*: Higgins, Jacob D | |

**Comments**

Self admission to being a (White Supremacist) has known STG tattoos.

**Related Standard Forms (1 - 3 of 3)**

| Date Prepared | Time Prepared | Type of Form | Staff Prepared By |
|---|---|---|---|
| 08/15/2014 | 12:11:28 PM | STG Self Admission | Higgins, Jacob D |
| 08/15/2014 | 12:11:28 PM | STG Briefing Orientation | Higgins, Jacob D |
| 08/15/2014 | 12:11:28 PM | STG Member Validation Form | Higgins, Jacob D |