

# Person Summary






MOST RECENT PROFILE

J█████ J█████████

Date of Birth: ████████
Social Security: ████████
Race: **White**
Gender: **Male**
Height: **6' 7"**
Weight: **170**
Eye: **Blue**
Hair: **Brown**

## Biographical History



## Scars, Marks, Tattoos

## Gang Affiliations

| Scars, Marks, Tattoos | Gang Affiliations |
|---|---|
| Y DC RIGHT SHOULDER RIGHT SHOULDER TATTOO<br>TATTOOS KNEE, RIGHT<br>TRIBAL ON LEFT ARM<br>SELF MADE ON FOREARMS<br>DC ON RIGHT ARM<br>SELF ON RIGHT FOREARM<br>SELF 768 | WHITE SUPREMACIST WAR |