Facebook Business Record                                      Page 473

**Text**
Happy birthday dad. <3



**To** M█████ H█████ (100001847770368)
**From** C████ B████ (100013456810840)
**Id** 1660465874024989
**Time** 2017-07-18 16:17:16 UTC
**Text** Happy birthday old school !

Facebook Business Record                                        Page 755



Photo Id: 1543237226007113
Comments

User ( ▮▮▮▮ B▮▮▮▮ 1813329377)
Text My guy !! This is his year ! Look out Pope and surrounding county's !!
Time 2016-03-21 21:55:06 UTC

Posted 2016-03-17 23:49:36 UTC
Status Put names on it...
Mobile true



Photo Id: 1511031979227638
Comments

User Shannon Ferguson-Spencer (100009625510752)

Facebook Business Record  Page 1111

**Text**
O fuck yeah we're going.....u know we had just bought tickets for last yrs 5FDP & In This Moment concert & Matt died, this time is for Matt!!!!
**Time** 2016-01-12 01:38:07 UTC

**User** Wesley Gullett (100009780676573)
**Text** I'm in 100%
**Time** 2016-01-12 02:09:48 UTC

**User** S█████ S█████ (100001244783295)
**Text** I'm ready!!
**Time** 2016-01-12 02:42:32 UTC

**User** Shannon Ferguson-Spencer (100009625510752)
**Text** Fuck round I can't wait....that will be the happiest days of my whole existance. .....wicked...
**Time** 2016-01-12 02:45:29 UTC



**User** Andrew Syverson (100000304128970)
**Text** Fuck it why not
**Time** 2016-01-13 09:16:20 UTC



**User** Shannon Ferguson-Spencer (100009625510752)
**Text** Going to be wicked wild....fuck round...
**Time** 2016-01-14 00:29:41 UTC

**User** C█████ B█████ 1813329377)
**Text** Check it were going !!!! Get ready
**Time** 2016-03-08 10:33:46 UTC

**Posted** 2016-01-11 23:43:40 UTC