

# Person Summary






MOST RECENT PROFILE

N█████  M█████████

Date of Birth: ████████
Race: **White**
Gender: **Male**
Height: **5' 10"**
Weight: **230**
Eye: **Blue**
Hair: **Brown**



## Scars, Marks, Tattoos

| |
|---|
| 4 LEAF CLOVER ON NECK<br>4 LEAF CLOVER ON FRONT OF NECK<br>TATTOO/4 LEAF CLOVER ON THROAT<br>CLOVER ON THROAT<br>Y SHAMROCK NECK NECK TATTOO<br>FOUR LEAF CLOVER IN MIDDLE OF NECK<br>Y THROAT: (SHAMROCK) NECK NECK<br>TATTOO |

## Gang Affiliations

| |
|---|
| WHITE SUPREMACIST |



PRIDMORE, SHANNON

Eye: Unknown