

# Person Summary





MOST RECENT PROFILE

　　　　　　　　　, K
Date of Birth:
Social Security:
Race: **White**
Gender: **Male**
Height: **5' 6"**
Weight: **150**
Eye: **Hazel**
Hair: **Brown**



## Scars, Marks, Tattoos

## Gang Affiliations

| Scars, Marks, Tattoos | Gang Affiliations |
|---|---|
| TATOO-BRADY-BACK<br>BRADY ON BACK<br>TAT ON RIDGE OF HAND<br>TATT ON BOTH SIDE OF HANDS- WOLF PACK<br>TAT -BACK SAYS "BRADY"<br>00000000000000000000000000000<br>Y BRADY BACK TAT BACK<br>DENIES<br>TAT- SYMBOLS - BOTTOM OF HANDS<br>Y **WEARS GLASSES.** FACE FACE EXTRA | WHITE SUPREMACIST |

## Related Persons



ENOS, PAULA S