UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America										Plaintiff

v.					Case No.: 4:17–cr–00293–BSM

Marcus O Millsap										Defendant

## NOTICE OF HEARING

PLEASE take notice that a Pretrial Conference has been set in this case for August 19, 2021, at 01:45 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** August 18, 2021							AT THE DIRECTION OF THE COURT
											TAMMY H. DOWNS, CLERK

											By:  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas