## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**     Case No.: **4:17–cr–00293–BSM** | |
| **Marcus O Millsap** | **Defendant** |

## NOTICE OF VIDEO HEARING

PLEASE take notice that a Pretrial Conference (Video) has been set by videoconference in this case for August 19, 2021, at 01:45 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:**  August 18, 2021

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas