# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                 CASE NO. 4:17-CR-00293-BSM

MARCUS MILLSAP
                                                       DEFENDANT

## ORDER

The government is directed to respond to Marcus Millsap's motion to exclude defendant's statements [Doc. No. 2217] by 4:00 p.m. on August 31, 2021. Millsap's request for a hearing on the motion is denied.

IT IS SO ORDERED this 30th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE