## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| United States of America | **Plaintiff** |
| v.    Case No.: 4:17–cr–00293–BSM | |
| Marcus O Millsap | **Defendant** |

### NOTICE OF VIDEO HEARING

    PLEASE take notice that the Status Conference (Video) has been rescheduled by videoconference in this case for September 2, 2021, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** September 1, 2021          AT THE DIRECTION OF THE COURT
         TAMMY H. DOWNS, CLERK

         **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas