# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

v.                  **CASE NO. 4:17-CR-00293-045 BSM**

**MARCUS O. MILLSAP**                                                               **DEFENDANT**

## ORDER

Seth Bradley is appointed to represent Buster Keeton regarding his witness testimony on September 14, 2021 in the above case. The clerk is directed to forward a copy of this order and a CJA20 voucher to Mr. Bradley.

IT IS SO ORDERED this 13th day of September, 2021.

                                                                     */s/ Brian S. Miller*
                                                    UNITED STATES DISTRICT JUDGE