IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                         CASE NO. 4:17-cr-00293-BSM

MARCUS O. MILLSAP, ET AL                                               DEFENDANTS

**DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW the Defendant, Marcus O. Millsap, by and through the undersigned counsel and for his First Motion for an Extension of Time to File Objections to the Presentence Investigation Report states:

1. Counsel for the Defendant received the first draft of the Presentence Investigation Report (PSR) in this case on November 22, 2021. The stated due date for objections is December 6, 2021.

2. Due to the Thanksgiving holiday and a personal illness, the undersigned counsel requests additional time to meet with Mr. Millsap, to determine if there are any valid objections to the PSR, and to submit them to the USPO and USAO.

3. Defendant's Counsel requests an extension of time to submit objections to the PSR, until December 13, 2021.

4. The undersigned counsel has conferred with AUSA Stephanie Mazzanti and confirmed that the Government has no objection to this request.

5.  This motion is not submitted for any improper purpose or to cause unneeded delay.

WHEREFORE, the Defendant asks that this Court allow Counsel until December 13, 2021, to submit objections to the PSR and for all other just and proper relief to which he may be entitled.

DATED: December 6, 2021.

                                      RESPECTFULLY SUBMITTED,

                                      GIBSON & KEITH, PLLC
                                      Attorneys for Defendant
                                      119 South Main Street
                                      Monticello, AR 71655
                                      Phone: (870) 367-2438
                                      Fax:   (870) 367-8306

By: _____
       Lee D. Curry      Ark. Bar No. 2014153
       ldc@gibsonandkeith.com