IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                              CASE NO. 4:17-cr-00293-BSM

MARCUS O. MILLSAP, ET AL                                                              DEFENDANTS

### DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Marcus O. Millsap, by and through the undersigned counsel and for his Third Motion for an Extension of Time to File Objections to the Presentence Investigation Report states:

1. Counsel for the Defendant received the first draft of the Presentence Investigation Report (PSR) in this case on November 22, 2021. The Court previously entered an Order extending the time for Defendant to file his objections to the PSR to December 13, 2021, and then again extending said time to December 20, 2021.

2. The undersigned counsel requests additional time to meet with the Defendant, to determine if there are any valid objections to the PSR, and to submit them to the USPO and USAO.

3. Defendant's Counsel requests an extension of time to submit objections to the PSR until after the impending Christmas and New Year holidays, until January 10, 2021.

4. This motion is not submitted for any improper purpose or to cause unneeded delay.

WHEREFORE, the Defendant asks that this Court allow counsel until January 10, 2022, to submit objections to the PSR and for all other just and proper relief to which he may be entitled.

DATED: December 20, 2021.

                                        RESPECTFULLY SUBMITTED,

                                        GIBSON & KEITH, PLLC
                                        Attorneys for Defendant
                                        119 South Main Street
                                        Monticello, AR 71655
                                        Phone: (870) 367-2438
                                        Fax:   (870) 367-8306

By: _____
                                        Lee D. Curry        Ark. Bar No. 2014153
                                        ldc@gibsonandkeith.com