IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                          CASE NO. 4:17-cr-00293-BSM

MARCUS O. MILLSAP, ET AL                                                          DEFENDANTS

### DEFENDANT'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Marcus O. Millsap, by and through the undersigned counsel and for his Fifth Motion for an Extension of Time to File Objections to the Presentence Investigation Report states:

1. Counsel for the Defendant received the first draft of the Presentence Investigation Report (PSR) in this case on November 22, 2021. The Court previously entered an Order extending the time for Defendant to file his objections to the PSR to January 24, 2022.

2. The undersigned counsel requests additional time to meet with the Defendant, to determine if there are any valid objections to the PSR, and to submit them to the USPO and USAO.

3. Defendant's Counsel requests an extension of time to submit objections to the PSR until February 7, 2022.

4. This motion is not submitted for any improper purpose or to cause unneeded delay.

WHEREFORE, the Defendant asks that this Court allow counsel until February 7, 2022, to submit objections to the PSR and for all other just and proper relief to which he may be entitled.

DATED: January 24, 2022.

                                                 RESPECTFULLY SUBMITTED,

                                                 GIBSON & KEITH, PLLC
                                                 Attorneys for Defendant
                                                 119 South Main Street
                                                 Monticello, AR 71655
                                                 Phone: (870) 367-2438
                                                 Fax:    (870) 367-8306

By: _____
       Lee D. Curry        Ark. Bar No. 2014153
       ldc@gibsonandkeith.com