IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                              CASE NO. 4:17-cr-00293-BSM

MARCUS O. MILLSAP, ET AL                                          DEFENDANTS

---

**DEFENDANT'S SIXTH MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

---

COMES NOW the Defendant, Marcus O. Millsap, by and through the undersigned counsel and for his Sixth Motion for an Extension of Time to File Objections to the Presentence Investigation Report states:

1.      Counsel for the Defendant received the first draft of the Presentence Investigation Report (PSR) in this case on November 22, 2021. The Court previously entered an Order extending the time for Defendant to file his objections to the PSR to February 7, 2022.

2.      Defendant is currently held at the Pulaski County Regional Detention Facility and the undersigned counsel resides in Monticello, Arkansas.  Due to the dangerous road conditions created by last week's inclement weather, the undersigned counsel was unable to safely travel to Little Rock to meet with Defendant.

3.      The undersigned counsel has a one-day bench trial scheduled for February 14, 2022, in Bradley County Circuit Court.  The time required to prepare for said trial may inhibit

counsel's ability to confer with the Defendant regarding his objections to the PSR prior to said trial.

4.      The undersigned counsel requests additional time to meet with the Defendant, to determine if there are any valid objections to the PSR, and to submit them to the USPO and USAO.

5.      Defendant's Counsel requests an extension of time to submit objections to the PSR until February 21, 2022.

6.      This motion is not submitted for any improper purpose or to cause unneeded delay.

WHEREFORE, the Defendant asks that this Court allow counsel until February 21, 2022, to submit objections to the PSR and for all other just and proper relief to which he may be entitled. DATED: February 7, 2022.

RESPECTFULLY SUBMITTED,

GIBSON & KEITH, PLLC
Attorneys for Defendant
119 South Main Street
Monticello, AR 71655
Phone: (870) 367-2438
Fax:    (870) 367-8306

By: _____
        Lee D. Curry        Ark. Bar No. 2014153
        ldc@gibsonandkeith.com