SHARON BARNETT, Circuit Clerk and Ex
Recorder of the County aforesaid do
hereby certify that this instrument was
filed for the record on

10/5/2010 at 8:12:44 AM
and the same is now duly recorded in

Book 489 Pages 503 - 506
Witness my hand and the seal of said Court
10/05/2010 at 08:13 AM
SHARON BARNETT
Circuit Clerk and Ex-Officio Recorder
By _____, D.C.

This Instrument Prepared By:

Laws & Murdoch, P. A.
P. O. Box 3000
Russellville, AR  72811
479.968.1168

## GENERAL POWER OF ATTORNEY

STATE OF ARKANSAS

COUNTY OF POPE

KNOW ALL MEN BY THESE PRESENTS:

That I, **Marcus Millsap,** whose residence is 709 Boyd Street, Danville in Yell County, Arkansas, hereby appoint **Sharon Carr** whose address is Post Office Box 70, Danville, Arkansas 72833, my true and lawful agent and attorney in fact to act in my name and behalf to do any and all lawful things which I could do myself with respect to any and all property (real and personal, including interests therein) of every kind and character owned by me at this time and which may be owned by me while this power of attorney remains in effect, including (without limiting the generality hereof) the following rights:

    a.    To sell, convey, mortgage and lease realty; to execute, acknowledge and deliver deeds, mortgages, leases, releases, satisfactions and any other instruments relating to realty which my attorney considers necessary or appropriate; to operate, manage, control

Page 1
FOR IDENTIFICATION

_/s/ Marcus Millsap_
MARCUS MILLSAP

**EXHIBIT 1**

503

and lease any and all realty owned by me and to collect, demand and receive the rents, issues, incomes and profits derived therefrom; and to exercise in all respects general control and supervision over any realty belonging to me;

b. To demand, sue for, collect, receive and hold any and all monies, securities and personal property of any nature whatsoever belonging to me or in which I may have an interest, and to give good and valid receipts and discharges for such payments;

c. To buy, sell, assign, exchange, transfer and deliver stocks, bonds and securities of every kinda and character in my name and for my account, at such prices as shall seem good to my attorney;

d. To sign, execute, acknowledge and deliver in my name all transfers and assignments to securities;

e. To borrow money for me and to secure any loan to me with a mortgage on or security interest in any real or personal property owned by me if, in my attorney's judgment, such action should be necessary or appropriate;

f. To loan money for me upon such terms and conditions as my attorney sees fit, and to otherwise make such investments and reinvestments of any of my properties as my attorney deems to be for my best interests.

g. To endorse checks and other instruments made payable to me;

h. to carry bank accounts for me in my name in such bank or banks as my attorney may deem appropriate; to make deposits of money belonging to me in such account or accounts and to disburse such funds on my attorney's signature in any amounts, for such purposes and at such times as my attorney may deem appropriate (including payments and expenditures for my personal needs, education, support, maintenance and medical attention; for the maintenance, upkeep, repair or any other purpose in connection with any real or personal property owned by me; and for any other purpose which my attorney may deem necessary or appropriate for the proper administration of my affairs);

i. To exercise general supervision and control over any securities and other personal property of any nature whatsoever belonging

Page 2
FOR IDENTIFICATION

_/s/ Marcus Millsap_
MARCUS MILLSAP

504

to me; to collect dividends, profits or accruals therefrom and thereon; to sell or exercise stock options; to vote my stock; and to take any and all action which I could take myself with respect to all securities now owned by me or which may be hereafter acquired by my attorney for me;

    j. To open accounts in my name or in my attorney's name as my agent and attorney in fact;

    k. To transfer or withdraw monies on deposit to my credit in any bank or other financial institution; and to close any accounts where money is on deposit to my credit;

    l. To make, sign and verify for me federal, state and local tax returns of every kind, claims for refunds, requests for extension of time and consents thereto in my name;

    m. To execute and deliver any instruments and to do any and all things which may be legally done and are necessary or appropriate to carry out the power and authority hereby granted and conferred.

I hereby grant unto my attorney in fact full power and authority to perform any act whatsoever requisite, necessary or appropriate to be done (as determined in my attorney's sole and unrestricted judgment and discretion) with respect to any and all of my property as fully as I might or could do if personally present with full power of substitution and revocation. I hereby ratify and confirm all that my attorney in fact may have heretofore done in my name and behalf and all that my attorney may hereafter do pursuant to the power of attorney hereby granted.

This Power of Attorney shall remain in full force and effect until revoked by me by instrument in writing duly signed, acknowledged and filed for record in the records of the Danville District of Yell County, Arkansas.

IN WITNESS WHEREOF, I have affixed my signature on this 22 day of September, 2010.

*MARCUS MILLSAP*

Page 3
FOR IDENTIFICATION

*MARCUS MILLSAP*

505

STATE OF ARKANSAS
COUNTY OF Yell

### ACKNOWLEDGMENT

BE IT REMEMBERED, that on this day came before me, the undersigned, a Notary Public, within and for the county aforesaid, duly commissioned and acting, **Marcus Millsap,** to me well known, who signed the foregoing Power of Attorney and stated that he/she had executed the same for the consideration and purposes therein mentioned and set forth.

WITNESS my hand and official seal as such Notary Public on this 22 day of September, 2010.

_Elizabeth J. Coger_
NOTARY PUBLIC

MY COMMISSION EXPIRES:

OFFICIAL SEAL
ELIZABETH J. COGER
NOTARY PUBLIC-ARKANSAS
YELL COUNTY
MY COMMISSION EXPIRES: 04-26-1?

Page 4
FOR IDENTIFICATION

_Marcus Millsap_
MARCUS MILLSAP

506