## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                   CASE NO. 4:17-CR-00293-BSM-45

MARCUS MILLSAP                                                    DEFENDANT

### ORDER

The government's motion for subpoena [Doc. No. 2575] is granted pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure.  The clerk's office is directed to issue the government's proposed subpoena [Doc. No. 2620-1], but with a revision directing Sharon Carr to deliver the identified documents to my office at the Richard Sheppard Arnold U.S. Courthouse, 500 W. Capitol Ave., Suite D258, Little Rock, Arkansas 72201, as well as a copy of the same to Millsap's lawyer, Lee Curry, at Lassiter & Cassinelli, 300 South Spring Street, Suite 800, Little Rock, Arkansas, 72201.  ATF Task Force Officer Michael Evans is authorized to serve the subpoena on Carr, and any expenses that are incurred will be paid by the government.  Upon receipt of the identified documents, Millsap will have ten (10) days to file an *ex parte* privilege log that details the basis of the claimed privilege for each document or communication in question, along with an explanatory affidavit of counsel.  *See Rabushka ex rel. U.S. v. Crane Co.*, 122 F.3d 559, 656 (8th Cir. 1997).  An *in camera* review will then be conducted and the government will be permitted to make copies of any non-privileged documents.

IT IS SO ORDERED this 14th day of October, 2022.

UNITED STATES DISTRICT JUDGE