**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CR-00293-BSM**

**MARCUS MILLSAP**                                              **DEFENDANT**

## ORDER

The government's motion to subpoena Marcus Millsap's financial records was granted and Sharon Carr was ordered to send the records to my office for *in camera* review. Doc. No. 2625. Carr delivered the records, and Millsap provided an *ex parte* privilege log and explanatory affidavit of counsel. Having now reviewed the records, the documents identified as privileged by Millsap will be removed. The remaining non-privileged records are available in the clerk's office for the government to review and copy.

IT IS SO ORDERED this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE