## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **United States of America** | | **Plaintiff** |
| v. | Case No.: 4:17–cr–00293–BSM | |
| **Marcus O Millsap** | | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for May 24, 2023, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  May 9, 2023                           AT THE DIRECTION OF THE COURT
                                                                                           TAMMY H. DOWNS, CLERK

                                                                            **By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas