IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

USA     PLAINTIFF

v.     No. 4:17-CR-00293-BSM-45

MARCUS O. MILLSAP     DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the ✓ hearing or trial in this case on 5/24/2023 *(Date(s))*, were returned to me as counsel for

USA
*(Party Name)*

Exhibits: 1, 2

_____
*(Attorney Signature)*

Date: May 24, 2023

cc: Counsel of Record
      File

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
MAY 2 4 2023
TAMMY H. DOWNS
IN OPEN COURT
By: _____
DEPUTY CLERK