AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of

|  |  |  |
|---|---|---|
| *Plaintiff* |  |  |
| v. | ) | Case No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

                                                                                                                                                                    .

Date:  
_____  
*Attorney's printed name and bar number*

_____  
*Address*

_____  
*E-mail address*

_____  
*Telephone number*

_____  
*FAX number*