IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                            CASE NO. 4:17-cr-00293-BSM

MARCUS O. MILLSAP                                                                          DEFENDANT

## MOTION TO STAY FINE PENDING APPEAL

Comes now the Defendant, Marcus O. Millsap, by and through his undersigned attorneys, and for his Motion to Stay Fine Pending Appeal, pursuant to Fed. R. Crim. P. 38(c) and other applicable law, states as follows:

1. Defendant Marcus O. Millsap moves the Court for an order staying the obligation to pay the fine and costs of $200,300 imposed as part of the sentence pronounced in this case on May 26, 2023.

2. Defendant Marcus O. Millsap seeks a stay on the ground that he has duly filed an appeal from the conviction and sentence and that a stay is necessary to prevent the appeal of this fine from becoming moot and to prevent the imposition of a punishment that may be reversed on appeal. A stay of the obligation to pay a fine is authorized by Rule 38(c) of the Federal Rules of Criminal Procedure.

3. Defendant Marcus O. Millsap is willing to comply with any reasonable condition that may be required under 18 U.S.C. § 3572(g) as a condition for granting the stay.

WHEREFORE, Defendant Marcus O. Millsap prays that his Motion be granted in all respects, and for all other proper relief to which he may be entitled.

RESPECTFULLY SUBMITTED,

Lloyd W. "Tre" Kitchens    ABN 99075
Lee D. Curry    ABN 2014153
THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, AR 72227
Phone: (501) 221-0444
Fax:   (501) 661-0196
*Attorneys for Defendant Marcus O. Millsap*

Lee D. Curry    Ark. Bar No. 2014153
Lcurry@bradhendricks.com
