# Katelyn Cameron

| | |
|---|---|
| **From:** | Michael Kaiser <michael@lcarklaw.com> |
| **Sent:** | Thursday, June 8, 2023 10:11 AM |
| **To:** | Katelyn Cameron |
| **Subject:** | Re: 4:17-CR-00293-45-BSM -- DE #2775 |
| **Attachments:** | NoticeOfAppearance.pdf |

**CAUTION - EXTERNAL:**

Sorry about that. Here it is.

Best,
Michael Kiel Kaiser
Attorney at Law
Lassiter & Cassinelli
Michael@LCArkLaw.com
501-370-9300 (office)
501-370-9306 (fax)
501-920-6918 (cell)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



On Jun 8, 2023, at 9:45 AM, Katelyn Cameron <Katelyn_Cameron@ared.uscourts.gov> wrote:

Good morning, Mr. Kaiser.

The above-referenced Notice of Appearance was saved to PDF so it appears in editable format on the docket.  Will you please email the corrected document (print to PDF) back to us so we can update the entry?  Please feel free to contact our office if you have any questions.

Thanks!
-Katelyn