# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

United States of America

_____

v.                                           Case No. __4:17-cr-00293-BSM-45__

Marcus Millsap

_____

## TRANSCRIPT REQUEST

===

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A. Complete one of the following:
- ( ) A transcript is not needed for the appeal.
- ( ) A transcript is already on file.
- (✗) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

   All pretrial hearings
   Entire jury trial to include voir dire and closing arguments
   Sentencing

B. I certify that financial arrangements have been made with the reporter. Payment is by:
- (✗) Private funds.
- ( ) Government expense (civil case.) A motion for transcript has been submitted to the judge.

SIGNED _/s/ [signature]_   DATE _06/08/2023_   COUNSEL FOR _Marcus Millsap_

ADDRESS _Lassiter & Cassinelli, 1218 W 6th Street, LR, AR 72201_

TELEPHONE _501-370-9300_