P/U 2/18/2019

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.   NO. 4:17CR00293 BSM

MARCUS O. MILLSAP

32531-009

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 14 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ARKANSAS DEPARTMENT OF CORRECTION, VARNER UNIT and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of MARCUS O. MILLSAP ADC# 144351 detained in the ARKANSAS DEPARTMENT OF CORRECTION, VARNER UNIT, Grady, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on February 19, 2019 at 2:00 p.m., before the Honorable Beth Deere, and after the proceedings have been concluded, that you return MARCUS O. MILLSAP to ARKANSAS DEPARTMENT OF CORRECTION, VARNER UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 14 February 2019.

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

_____
UNITED STATES MAGISTRATE JUDGE

* Parole to USMS Detainer on 6-7-23.
P.P.

Millsaps
From: ADC to Pulaski
on this date 02/19/2018

Draper by 481

6/7/2023
Parole to usms detainer
PP