# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Jun 15, 2023 3:36PM

MICHAEL KAISER
CASSINELLI LAW
1218 WEST 6TH STREET
LITTLE ROCK, AR 72201

| Rcpt. No: 2551 | | Trans. Date: Jun 15, 2023 3:36PM | | | Cashier ID: #JP |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | DARE417CR000293 /045 | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $505.00 |
| | | Total Due Prior to Payment: | $505.00 |
| | | Total Tendered: | $505.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 15 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.