IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      CASE NO. 4:17-CR-00293-BSM

MARCUS MILLSAP                                                   DEFENDANT

## ORDER

Marcus Millsap's motion to stay payment of the fine assessed at sentencing until he receives a ruling on his appeal [Doc. No. 2777] is denied. *United States v. Koestner*, No. 4:08-CR-00093-RP-CFB, 2010 WL 2595300, at *1 (S.D. Iowa June 22, 2010), *aff'd*, 628 F.3d 978 (8th Cir. 2010) ("A district court may grant a motion to stay the execution of a fine or a probationary sentence If in the exercise of its discretion it concludes that such a stay is proper.") (citation omitted). Millsap's presentence investigation report shows that he has more than sufficient assets to pay the fine now. If the Eighth Circuit grants the relief he is seeking, the fine payment will be returned.

IT IS SO ORDERED this 20th day of June, 2023.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE