IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                         CASE NO. 4:17-cr-00293-BSM-45

MARCUS MILLSAP                                                              DEFENDANT

### DEFENDANT'S MOTION FOR RELEASE OF SEALED TRANSCRIPT OF 6/25/21 PRETRIAL HEARING

COMES NOW the Appellant Marcus Millsap by and through his attorney Michael Kiel Kaiser of the Lassiter & Cassinelli Firm, and for his motion, states:

Millsap appealed the judgment of this Court entered on May 26, 2023, and his appeal has been docketed as case number 23-2396 in the United States Court of Appeals for the Eighth Circuit.

The transcript deadline is currently July 17, 2023.

Appellate counsel has requested transcripts of all relevant proceedings. Court Reporter Suzanne McKennon has informed appellate counsel that she needs a court order to prepare and release transcripts of the sealed pretrial hearing in the above case from June 25, 2021.

WHEREFORE, the Appellant Marcus Millsap respectfully requests that this Court grant his motion and authorize Ms. McKennon to prepare a transcript of the June 25, 2021 hearing and share that transcript with appellate counsel once completed.

Respectfully submitted,

Michael Kiel Kaiser
MICHAEL KIEL KAISER (AR2015001)
Attorney for Defendant
Lassiter & Cassinelli
1218 W 6th Street
Little Rock, AR 72201
(501) 370-9300
Email: Michael@LCArkLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 23, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to AUSA Stephanie Mazzanti.

Michael Kiel Kaiser
MICHAEL KIEL KAISER (AR2015001)