IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM-45

MARCUS MILLSAP                                                                DEFENDANT

## ORDER

Marcus Millsap's motion for release of the sealed transcript from his pretrial hearing held on June 25, 2021 [Doc. No. 2787] is granted. The court reporter is directed to prepare and release the requested transcript to Millsap's lawyer, Michael Kaiser.

IT IS SO ORDERED this 5th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE