UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:17-CR-00293-045 BSM

MARCUS O. MILLSAP     DEFENDANT

## ENTRY OF APPEARANCE

Josh Newton, Assistant United States Attorney, hereby enters his appearance as counsel for the United States in the above captioned matter.

         Respectfully Submitted,
         JONATHAN D. ROSS
         United States Attorney

By:     Josh Newton
         AR Bar No. 2004153
         Assistant U.S. Attorney
         P.O. Box 1229
         Little Rock, AR 72203
         501-340-2600
         josh.newton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was delivered by email through the ECF system on the 21st day of July, 2023 to the following:

Michael Kiel Kaiser
Attorney at Law
1218 W. 6th Street
Little Rock, AR 72201
michael@lcarklaw.com

Lee Curry
Attorney at Law
The Brad Hendricks Law Firm
500 C. Pleasant Valley Drive
Little Rock, AR   72227
lcurry@bradhendricks.com

Josh Newton
AR Bar No. 2004153
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
josh.newton@usdoj.gov