# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                 PLAINTIFF

v.                  CASE NO. 4:17-CR-00293-BSM-45

MARCUS O MILLSAP                                         DEFENDANT

## ORDER

Marcus Millsap's motion for release of the sealed transcript from his January 7, 2021 hearing [Doc. No. 2792] is granted. The court reporter is directed to prepare and release the transcript requested to Millsap's lawyer, Michael Kaiser.

IT IS SO ORDERED this 21st day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE