# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8      **DATE:** 7/25/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** _____

**DISTRICT COURT NO.** _____

**TRANSMITTED HEREWITH:**
_____

**VOLUME:** _____

Transcript

     Volume and Date: [2796] and [2797] Sealed Transcripts
     Volume and Date: [2798] Status Conference
     Volume and Date: _____

In Camera Documents

_____
_____
_____

Exhibits

     Plaintiff(s) _____
     Defendant(s) _____
     Joint _____

**COMMENTS:** _____

*************************************************************************

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
     Deputy Clerk