**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 27 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| Vs. | NO: 4:17CR00293-045 BSM | |
| MARCUS O. MILLSAP | | DEFENDANT |
| CHAMBERS BANK | | GARNISHEE |

STATE OF ARKANSAS
            ss
COUNTY OF YELL

Tracy Ellis, being duly sworn deposes and says:

That I am an Operations Support Service Member of Garnishee, Chambers Bank, a corporation organized under the laws of the State of Arkansas.

Garnishee was served with the Writ of Continuing Garnishment on July 24, 2023.

Further, Affiant-Garnishee states as follows:

(1).  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described as a deposit account and is holding funds in the amount of $200,300.00 to satisfy Plaintiff's judgment against the Defendant.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant, at Marcus O. Millsap, Reg. #32531-009, USP Coleman I, U.S. Penitentiary, P.O. Box 1033, Coleman, FL 33521, (2) the attorney for the United States at United States Attorney's Office, Financial Litigation Program, P.O. Box 1229, Little Rock, AR 72203 and attorneys for defendant, Michael Kiel Kaiser, Attorney at Law, 1218 W. 6th St.,

Little Rock, AR 72201 and Lee Curry, Attorney at Law, The Brad Hendricks Law Firm, 500 C Pleasant Valley Drive, Little Rock, AR 72227.

Respectfully submitted,

CHAMBERS BANK, GARNISHEE

_____
Tracy Ellis

### *VERIFICATION*

I, Tracy Ellis, representative of Chambers Bank, do state that the facts in the foregoing Answer are true and correct to the best of my knowledge, information and belief.

_____
Tracy Ellis

STATE OF ARKANSAS

COUNTY OF YELL

Subscribed and sworn to before me, a Notary Public, on this 24th day of July 2023.

_____
NOTARY PUBLIC

My commission expires:

8/25/2024

_____
John C. Riedel # 97188
In-House Counsel
105 East 9th Street
P.O. Box 1330
Danville, AR 72833
Office: 479-495-4690
E-mail: jcriedel@chambers.bank

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was served upon all attorneys of record for each of the parties to this action, in the following manner:

By mailing a copy of the pleading by U. S. Mail to the following attorney(s):

United States Attorney
Financial Litigation Program
P.O. Box 1229
Little Rock, AR 72203

Mr. Michael Kiel Kaiser
Attorney at Law
1218 W. 6th St.
Little Rock, AR 72201

Mr. Lee Curry
Attorney at Law
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR 72227

Mr. Marcus O. Millsap
Reg. #32531-009
UPS Coleman 1
U.S. Penitentiary
P.O. Box 1033
Coleman, FL 33521

On this 25th day of July 2023

By:   John C. Riedel