# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8      **DATE:** 7/28/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-2396

**DISTRICT COURT NO.** 4:17-cr-00293-45-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: [2801] Status Conference
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

************************************************************************

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
      Deputy Clerk