### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                   **Case No. 4:17-cr-00293-BSM**

**MARCUS MILLSAP**                                                      **DEFENDANT**

### MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT

COMES NOW the Defendant Marcus Millsap by and through his attorney Michael Kiel Kaiser of Lassiter & Cassinelli, and for his motion states:

At Millsap's sentencing on May 24, 2023, this Court granted Millsap's request for pretrial jail credit for time spent in United States Marshals custody since February 2019. (Sent. T. 18).

Millsap entered federal custody on February 18, 2019, R. Doc. 729, and his sentencing was on May 24, 2023. R. Doc. 2769. Despite ruling it would do so, this Court made no specific notation regarding the 1,557 days of pretrial jail credit it granted against Millsap's sentence. The judgment states only: "Credit for time served." Add. 7; R. Doc. 2772, at 3.

This Court may correct a clerical error at any time. Fed. R. Crim. P. 36.

WHEREFORE Millsap respectfully requests that this Court correct the clerical error in the judgment.

Respectfully submitted,

Michael Kiel Kaiser
Michael Kiel Kaiser
Ark. Bar No. 2015001
Lassiter & Cassinelli
(501) 370-9300
Michael@LCArkLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the

foregoing with the Clerk of the Court for the United States District Court for the

Eastern District of Arkansas by using the CM/ECF system. I certify that all

participants in the case are registered CM/ECF users and that service will be

accomplished by the CM/ECF system.

Michael Kiel Kaiser
Michael Kiel Kaiser
Ark. Bar No. 2015001