12/11/2023

Case number - 4:17 CR 00293-04

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 0 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

Dear Clerk of Court,

I need a certified accounting of all fines, restitution and forfeitures in the above case. Thank You

Marcus O. Millsap
MARCUS O. Millsap
INMATE NUMBER 32531-009
F.C.C USP-1
P.O. BOX 1033
Coleman, FL. 33521