# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2396

United States of America

Plaintiff - Appellee

v.

Marcus O. Millsap

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

**JUDGMENT**

Before COLLOTON, Chief Judge, ARNOLD, and GRUENDER, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 03, 2024

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Sep 03, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik