# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2396

United States of America

Appellee

v.

Marcus O. Millsap

Appellant

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Sep 25, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
              DEP CLERK
```

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

------

## MANDATE

In accordance with the opinion and judgment of September 3, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 25, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit