# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:** October 28, 2024

**RE:** 23-2396 United States v. Marcus Millsap

**TO:** Clerk, U.S. District Court, Eastern District of Arkansas

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

Original file:          Transcript:

Deposition:             Sealed:

Exhibits:

Other: 2 expandable folders of sealed record

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 30 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

[x] Case closed              [ ] Counsel appointed

[ ] Per your request         [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s):  4:17-cr-00293-BSM-45

JJF

23-2396

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201-0000