# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 22, 2025

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 22, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
                DEP CLERK
```

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

     RE:  23-2396  United States v. Marcus Millsap

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                   Maureen W. Gornik
                                   Acting Clerk of Court

BNW

Enclosure(s)

     District Court/Agency Case Number(s):   4:17-cr-00293-BSM-45

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 17, 2025

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

      Re:  Marcus O. Millsap
            v. United States
           No. 24-766
           (Your No. 23-2396)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 25, 2024 and placed on the docket January 17, 2025 as No. 24-766.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Redmond K. Barnes
      Case Analyst