# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 25, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

**TO:**     Clerk, U.S. District Court, Eastern District of Arkansas

**FROM:**   Maureen W. Gornik, Acting Clerk of Court

**DATE:**   February 25, 2025

**RE:**     23-2396  United States v. Marcus Millsap

   District Court/Agency Case Number(s):   4:17-cr-00293-BSM-45

_____

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


BNW

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 24, 2025

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Marcus O. Millsap
v. United States
No. 24-766
(Your No. 23-2396)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk