AO 243 (Rev. 01/15)                                                                                                   Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | of ARKANSAS (Eastern) |
|---|---|---|
| Name (under which you were convicted): MARCUS O. MILLSAP | | Docket or Case No.: 4:26-cv- |
| Place of Confinement: USP Coleman I | Prisoner No.: 32531-009 | FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS |
| UNITED STATES OF AMERICA  v.  MARCUS O. MILLSAP | Movant (include name under which convicted) | FEB 23 2026 TAMMY H. DOWNS, CLERK By: _____ DEP CLERK |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, at Little Rock.

   (b) Criminal docket or case number (if you know): 4:17-cr-00293-45 BSM

2. (a) Date of the judgment of conviction (if you know): 11/16/2023

   (b) Date of sentencing: 5/24/2023

3. Length of sentence: Life imprisonment; 10 years' supervised release.

4. Nature of crime (all counts):

   Count One: RICO Conspiracy, in violation of 18 U.S.C. § 1962(d);
   Count Two: Aiding and Abetting Attempted Murder in Aid of Racketeering, in violation of 18 U.S.C. §§ 1959 (a)(5) & 2;
   Count Ten: Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), 84l(b)(1)(A).

5. (a) What was your plea? (Check one)
   (1) Not guilty [✓]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [✓]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [✓]

8. Did you appeal from the judgment of conviction?   Yes [✓]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeals for the Eighth Circuit
   (b) Docket or case number (if you know): 23-2396
   (c) Result: Affirmed
   (d) Date of result (if you know): 9/3/2024
   (e) Citation to the case (if you know): 115 F.4th 861
   (f) Grounds raised:

   1. The District Court Erred by Denying Millsap's Motion to Dismiss Based on a Violation of the IADA's Speedy-Trial Provisions; 2. There Was Insufficient Evidence for Millsap's Convictions; 3. The District Court Erred by Admitting Numerous Hearsay Statements; 4.The Trial Court Abused Its Discretion by Admitting Certain Photos; 5. The District Court Abused Its Discretion by Denying Millsap's Motion for Mistrial; 6. The District Court Abused Its Discretion by Permit-ting the Government to Adduce Evidence That Hurley Had Since Been Killed; 7-11. The District Court Erred at Sentencing by Applying Enhancements, by Miscalculating Criminal History, by Failiing to Offset the Sentence for Time Served on a Related State Case, and by Considering the Death of Hurley; and 12. The District Court Must Correct the Judgment to Reflect Jail Credit.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ✓   No ☐

   If "Yes," answer the following:
   (1) Docket or case number (if you know): 24-766
   (2) Result: Cert Denied

   (3) Date of result (if you know): 2/24/2025
   (4) Citation to the case (if you know): 145 S.Ct. 1186,
   (5) Grounds raised:

   May a prosecutor and/or Court evade the provisions of the Interstate Agreement on Detainers Act ("IADA") by obtaining custody of a prisoner through a writ of habeas corpus ad prosequendum first, and then maintaining custody of the prisoner, via a detainer?

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ✓   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: United States District Court for the Eastern District of Arkansas
        (2) Docket or case number (if you know): 4:17-cr-00293-45
        (3) Date of filing (if you know): 11/6/2023
        (4) Nature of the proceeding: Rule 36 Motion to Correct Judgment
        (5) Grounds raised: The judgment should be corrected to reflect the court's explicit statement that Mr. Millsap be granted credit for time served starting in February of 2019.

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☑

    (7) Result: Granted

    (8) Date of result (if you know): 11/16/2023

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket of case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐

    (7) Result:

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes ☐   No ☐

    (2) Second petition:  Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Mr. Millsap was Denied the Effective Assistance of Counsel During the Plea Negotiation Stage and With Respect to the Decision to Plead Guilty or Proceed to Trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Facts set forth in contemporaneously submitted Memorandum Brief in Support of Motion to Vacate, Set Aside, or Correct Sentence, Section IV.A.2-3, and in the Declaration of Marcus O. Millsap in Support of Motion to Vacate attached to contemporaneously submitted Motion to Expand the Record.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel may be initially presented in a Section 2255 proceeding. Massaro v. United States, 538 U.S. 500, 155 L.Ed.2d 714, 123 S.Ct. 1690 (2003).

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐       No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐       No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐       No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐       No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐       No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The claim of ineffective assistance of counsel which this motion is based upon was not previously presented in any federal court. Claims of ineffective assistance of counsel may be initially presented in a Section 2255 proceeding. Massaro v. United States, 538 U.S. 500, 155 L.Ed.2d 714, 123 S.Ct. 1690 (2003).

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    Hugh Laws, 200 South Arkansas, Russellville, AR 72801

    (b) At the arraignment and plea:
    Hugh Laws & Lee Curry, 124 W Capitol Ave, Suite 1820, Little Rock, AR 72201

    (c) At the trial:
    Lee Curry & Lloyd W. Kitchens, III, 500 Pleasant Valley Drive, Building C, Little Rock, AR 72227

    (d) At sentencing:
    Lee Curry & Lloyd W. Kitchens, III, 500 Pleasant Valley Drive, Building C, Little Rock, AR 72227

    (e) On appeal:
    Michael Kiel Kaiser, 1218 W 6th Street, Little Rock, AR 72201

    (f) In any post-conviction proceeding:
    N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:

    N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes [✓]    No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes [ ]    No [✓]

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes [ ]    No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)   the date on which the judgment of conviction became final;
   (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15) Page 13

Therefore, movant asks that the Court grant the following relief:

set forth in contemporaneously submitted Memorandum of Law at Sections IV.A.4 & V

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  FEBRUARY, 18TH 2026 .
(month, date, year)

Executed (signed) on  FEBRUARY, 18TH 2026  (date)

*Marcus O. Millsap*  2/18/26
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.