UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
AT LITTLE ROCK

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB **2 3** 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| MARCUS O. MILLSAP, ) | |
| ) | |
| Movant, ) | USDC Case No. 4:26-cv-____ |
| ) | |
| v. ) | |
| ) | USDC Case No. 4:17-cr-00293-45 |
| UNITED STATES OF AMERICA, ) | |
| ) | Hon. Brian S. Miller |
| Respondent. ) | United States District Judge |

## MOTION TO EXPAND THE RECORD

COMES NOW MARCUS O. MILLSAP, Movant *pro se*, in the above styled and numbered cause, and respectfully moves this Honorable Court to expand the record to include the declaration attached to this motion, pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Respectfully submitted, this 18TH day of February, 2026.

*Marcus O. Millsap*
Mr. Marcus O. Millsap, *Pro Se*
Reg. No. 32531-009
USP Coleman I
P.O. Box 1033
Coleman, FL 33521