UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK

| | |
|---|---|
| MARCUS O. MILLSAP, | ) |
| | ) |
| Movant, | ) USDC Case No. 4:26-cv-____ |
| | ) |
| v. | ) |
| | ) USDC Case No. 4:17-cr-00293-45 |
| UNITED STATES OF AMERICA, | ) |
| | ) Hon. Brian S. Miller |
| Respondent. | ) United States District Judge |

## NOTICE OF TIMELY FILING

I, MARCUS O. MILLSAP, *pro se*, certify under penalty of perjury, pursuant to 28 U.S.C. §1746, that I delivered to prison officials the original of the following documents, properly addressed to the Clerk of U.S. District Court, Eastern District of Arkansas, 600 W. Capitol Ave., Room A149, Little Rock, AR 72201, and first-class postage prepaid, for mailing via the prison's legal mailing system:

1. Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody;

2. Verified Memorandum Brief in Support of Motion to Vacate;

3.    Motion to Expand the Record with Declaration Attached; and

4.    This Notice.

Done and executed this 18TH day of February, 2026.

*Marcus O. Millsap*
Mr. Marcus O. Millsap, *Pro Se*
Reg. No. 32531-009
USP Coleman I
P.O. Box 1033
Coleman, FL 33521