# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                          **CASE NO. 4:17-CR-00293-BSM-45**

**MARCUS O. MILLSAP**
Reg. No. 32531-009                                                         **DEFENDANT**

## ORDER

Marcus Millsap's motion to expand the record [Doc. No. 2976] to include his declaration in support of his motion to vacate, set aside, or correct sentence [Doc. No. 2975] is granted.

IT IS SO ORDERED this 24th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE