## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                **CASE NO. 4:17-CR-00293-BSM-45**

**MARCUS O. MILLSAP**
**Reg No. 32531-009**                                                  **DEFENDANT**

## ORDER

Marcus Millsap's motion for reconsideration [Doc. No. 2994] is denied. Millsap argues the denial of his motion to vacate, set aside, or correct his sentence [Doc. No. 2986] should be reconsidered. A motion for reconsideration is appropriate "to correct manifest errors of law or fact or to present newly discovered evidence." *Arnold v. ADT Sec. Servs., Inc.*, 627 F.3d 716, 721 (8th Cir. 2010) (quoting *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988)). A motion for reconsideration is not, however, the proper vehicle to "introduce new evidence that could have been adduced during pendency" of the motion at issue, nor is it the appropriate method to introduce new legal theories. *Hagerman*, 839 F.2d at 414. The motion is denied because Millsap does not point out any manifest errors of law or present newly discovered evidence; rather, he merely attempts to raise numerous legal arguments not presented in his motion to vacate, set aside, or correct sentence. Moreover, the cases Millsap cites in support of his motion do not entitle him to relief.

IT IS SO ORDERED this 15th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE