## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                       **CASE NO. 4:17-CR-00293-BSM-45**

**MARCUS O. MILLSAP**
**Reg No. 32531-009**                                          **DEFENDANT**

### <u>ORDER</u>

Marcus Millsap's motion for reconsideration [Doc. No. 2997] is denied.  *See* Doc.

No. 2995.

IT IS SO ORDERED this 29th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE