TRULINCS 32531009 - MILLSAP, MARCUS O - Unit: COP-A-A

--------------------------------------------------------------------------------

FROM: 32531009
TO:
SUBJECT: Notice of Appeal
DATE: 06/04/2026 12:08:37 PM

United States District Court For The

Eastern District of Arkansas

Central Division

Marcus O. Millsap,

Movant,

Case No. 4:17-Cr-00293-BSM-45

Case No. 4:26-Cv-00195-BSM

v.

United States of America,

Respondent.

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 5 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

_____/

NOTICE OF APPEAL
_____

Dear Clerk of Court:

I am requesting that this Notice of Appeal be filed to the 8th Circuit Court of Appeals for this Court's denial of movant's

Amended motion for grant of relief from judgment order denying his 2255 motion due to district court's failure to provide

procedurally required Castro Warning Pursuant to Fed. R. Civ. P. Rule 60(b)(6) on May 29, 2026.

Movant believes that this court abused it's discretion and erroneously denied his Rule 60(b)(6) motion by misapplication

of the law and local rule of the court. See United States v. Castro, 540 U.S. 375, 124 S.Ct. 786, 157 L.Ed.2d 778(2003).

Therefore, he would like to appeal this court's order denying his Rule 60(b)(6). Raymond v. United States, 933 F.3d 988

(8th Cir. 2019): Morse v. MeWhorter, 290 F.3d 795(6th Cir. 2002).

Respectfully,

*Marcus O. Millsap*
Marcus O. Millsap

#32531-009

United States Penitentiary Coleman I

P.O. Box 1033

Coleman, Florida 33521

Marcus Millsap 32531-009
Federal Corrections Complex
United States Penitentiary
P.O. Box 1033
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
10 JUN 2026  PM 4  L



CRIM

United States District Court
Clerks Office
600 W. Capitol Avenue
Suite A-149
Little Rock, AR  7220 I

72201-339915