# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 17, 2026

4:17-cr-00293-BSM-45

Marcus O. Millsap
U.S. PENITENTIARY
32531-009
P.O. Box 1033
Coleman, FL  33521-1033

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Jun 17, 2026

Tammy  H.  Downs,  Clerk
By: JohnHibbs D.C.

DEP CLERK

RE:  26-2201  Marcus Millsap v. United States

Dear Appellant:

The district court has transmitted a notice of appeal in this matter with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Pursuant to Rule 3(e), Federal Rules of Appellate Procedure you must pay this court's docket fee of $600 and the $5.00 filing fee to the clerk of the district court in addition to any applicable district court fees. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the two options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed. Upon notification by the district court that the docket fee has been paid, this office will treat the notice of appeal as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure and will forward it to a panel of judges for consideration. You will thereafter be advised of the action taken by the court regarding the application.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc:     Liza J. Brown
         Kristin Huntington Bryant
          Clerk, U.S. District Court, Eastern District of Arkansas
         Stephanie Mazzanti

        District Court/Agency Case Number(s):   4:26-cv-00195-BSM

**Caption For Case Number:   26-2201**

Marcus O. Millsap

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   26-2201**

Marcus O. Millsap
U.S. PENITENTIARY
32531-009
P.O. Box 1033
Coleman, FL  33521-1033

Liza J. Brown
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Kristin Huntington Bryant
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Stephanie Mazzanti
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201