(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:**     Clerk, USCA 8          **DATE:** 6/18/2026

**FROM:**     U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 26-2201

**DISTRICT COURT NO.** 4:17-cr-00293-BSM-45

**TRANSMITTED HEREWITH:**

_____

**VOLUME:** _____

Transcript

Volume and Date: _____
Volume and Date: _____
Volume and Date: _____

In Camera Documents

Statement of Reasons, Presentence Investigation Report _____
_____
_____

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**
_____

*************************************************************************

## USCA 8 ACKNOWLEDGMENT

RECEIPT

By: _____
Deputy Clerk