U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 6/16/2026

**Caption:** USA v. Loadholt et al

**Case No.:** 4:17-cr-00293-BSM

**Appellant:** Marcus O Millsap

**Appellant's Attorney(s):** Pro Se

**Appellees:** Doe, et al.

**Appellee's Attorney(s):** Dismissed Pre-Service

**Court Reporter(s):** N/A

**Name of Person who prepared appeal:** B. Hibbs, Deputy Clerk (501-604-5356)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

TAMMY DOWNS, CLERK

By:_____
DEP CLERK

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| Y (14) | N | Y | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Pro Se | N |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 2 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Yes

**Where?** USP Coleman I, P.O. Box 1033, Coleman, Florida 33521
**Address of Defendant:** United States Penitentiary Coleman I

Please list all other defendants in this case if there were multiple defendants:
See attachment of additional names of codefendants: Troy Loadholt and those attached

**Special Comments:** _____

TRULINCS  32531009 - MILLSAP, MARCUS O - Unit: COP-A-A

---------------------------------------------------------------------------------------------

FROM: Carr, Sharon
TO: 32531009
SUBJECT: Indictment names
DATE: 06/23/2026 08:21:02 PM

Marcus O. Millsap (aka Red)Wesley S. Gullett (aka Bad Company / BC)Jeffrey L. Knox (aka 100%)James Scott Oliver (aka Scottie)Timothy J. Ferguson (aka TJ)Kevin M. LongRandall RappAdam F. Mitchell (aka Pork Chop)Christopher BuberRussell RobinsonBradley ChambersApril Howell (aka Apes)Shannon J. Ferguson (aka Shannon Pridmore / Shannon Spencer)Paula S. EnosCarey MooneyCourtney Talley (aka Courtney Shreckhise / Courtney Caldwell)Amanda RappTroy R. Loadholt (aka Tricky) David D. Singleton (aka LA)Darlene WalkerMichael J. RobertsShelby L. Thompson (aka Shelby Roberts)Corey A. FordCory S.. DonnellyLesa A. StandridgeDallas D. StandridgeJeffrey G. Howell (aka Loon)Richard K. HamptonSusan HamptonApril M. Teeter (aka April Crain)Melissa D. Kizer (aka Mel)Andrew R. Syverson (aka Drew)Robert H. Chandler (aka Robbie)Brittany Ferguson (aka Brittany Gideon)Brittanie N. HandleyTiffany L. ParkerHeath KizerRalph A. Ross (aka RA)Britanny S. ConnerKathrine R. Ross (aka Katie)Christopher S. HelmsTony L. HeydenreichValerie J. Baker (aka Valerie French)Thomas I. Plaisance, Jr. (aka Tommy)Wesley W. PiersonHenri T. Keener, IIJustin B. Howell (aka Bubba)Jayme L. ShortAmos AdameSkippy D. SandersJared R. DaleJames Nicholas George (aka Nick)Keith C.. Savage (aka KC)Joseph D. PridmoreDaniel Adame

Marcus Millsap #32531-009
United States Penitentiary Coleman I
P.O. Box 1033
Coleman, Florida 33521

Legal Mail

United States District Court
Clerk of Court
600 W. Capital Avenue
Suite A-149
Little Rock, AR 72201-3325

9589 0710 5270 3477 9820 67

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 3477 9820 67

