# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Oct 30, 2026
Tammy H. Downs, Clerk
By: KaseyNokes D.C.
DEP CLERK

4:17-cr-00293-BSM-45

No. 26-2201

Marcus O. Millsap

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:26-cv-00195-BSM)

## JUDGMENT

Before LOKEN, BENTON, and TRAYNOR, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

October 30, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler

**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 30, 2026

Marcus O. Millsap
U.S. PENITENTIARY
32531-009
P.O. Box 1033
Coleman, FL 33521-1033

RE: 26-2201 Marcus Millsap v. United States

Dear Marcus O. Millsap:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing must be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Susan E. Bindler
Clerk of Court

DNS

Enclosure(s)

cc: Liza J. Brown
Kristin Huntington Bryant
Clerk, U.S. District Court, Eastern District of Arkansas
Stephanie Mazzanti

District Court/Agency Case Number(s): 4:26-cv-00195-BSM